IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BRYAN HENDRY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. 3:10-cv-380-ID |
| ) | |
| ) | |
| CPL. COOPER, CORRECTIONAL ) | |
| OFFICER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On May 18, 2010, the Magistrate Judge entered a Recommendation (Doc. No. 6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. Plaintiff's complaint is DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate judgment shall issue.

Done this 10th day of June, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE